UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

     Plaintiff,

v.                                   CASE NO. 8:22-cv-652-SDM-JSS

DANSTE HOSPITALITY
GROUP, LLC,

     Defendant.

_____/

**ORDER**

     The plaintiff announces (Doc. 11) a settlement.  Under Local Rule 3.09(b),

this action is **DISMISSED** subject to the right of any party within sixty days (1) to

submit a stipulated form of final order or judgment or (2) to move to vacate the

dismissal for good cause.  The clerk is directed to close the case.

     ORDERED in Tampa, Florida, on May 4, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE