UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                CASE NO. 8:22-cv-652-SDM-JSS

DANSTE HOSPITALITY GROUP, LLC,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 13), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on July 1, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE